# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  631-247-4646
MY EMAIL ADDRESS IS:  BRENDAN.SWEENEY@JACKSONLEWIS.COM

November 6, 2020

**VIA ECF AND MAIL**
Judge Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attn:  Ms., Mulqueen

                Re:   Cotten v. Altice USA, Inc.
                     Case No.:  1:19-cv-01534 (RJD/ST)

Dear Judge Dearie:

      We represent Defendant Altice USA, Inc. in connection with the above-referenced matter. Defendant is serving today via electronic mail the following documents:

(1) Notice of Motion for Summary Judgment;
(2) Defendant's Statement of Undisputed Material Facts Under Local Rule 56.1;
(3) Affirmation of Brendan Sweeney, Esq. with the corresponding exhibits; and
(4) Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

                                  Respectfully submitted,

                                    JACKSON LEWIS P.C.

                                    *Brendan Sweeney*

                                    Brendan Sweeney

BS/eba
cc:    ALL PARTIES OF RECORD VIA ECF

4831-8888-2897, v. 1